IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIM R. TRAMEL )
 )
v. ) NO. 3-13-0658
 ) JUDGE CAMPBELL
RUTHERFORD COUNTY, et al. )

ORDER

Pending before the Court is Defendants' Motion to Dismiss (Docket No. 11). Since the filing of the Motion to Dismiss, Plaintiff has filed an Amended Complaint (Docket No. 14). Accordingly, because Defendants' Motion no longer addresses the operative Complaint, that Motion (Docket No. 11) is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE