IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIM R. TRAMEL )
)
v. ) NO. 3-13-0658
) JUDGE CAMPBELL
RUTHERFORD COUNTY, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 26), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss the Amended Complaint (Docket No. 20) is DENIED. The case is referred to the Magistrate Judge for further customized case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE