IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIM R. TRAMEL | ) |
| | ) |
| v. | ) No. 3-13-0658 |
| | ) |
| RUTHERFORD COUNTY SHERIFF'S | ) |
| DEPARTMENT; ROBERT ARNOLD; | ) |
| individually and in his official | ) |
| capacity as Rutherford County Sheriff; | ) |
| and RUTHERFORD COUNTY, | ) |
| TENNESSEE | ) |

O R D E R

The parties' joint motion to extend deadlines and amend case management order (Docket Entry No. 35) is GRANTED, and the following deadlines are extended:

1. The February 18, 2014, deadline for filing any motion to amend the pleadings is extended to March 31, 2014.

2. The February 28, 2014, deadline for completion of all fact discovery, including all written discovery and fact and party witness depositions, is extended to April 30, 2014. That means that written discovery shall be served in sufficient time so that responses are served by April 30, 2014.

3. The parties shall have until April 30, 2014, to schedule a telephone conference call with the Magistrate Judge to address any discovery issues or disputes before filing any discovery motion.

4. The May 12, 2014, deadline for filing any dispositive motion is extended to June 16, 2014. Any response shall be filed within 30 days of the filing of the motion or by July 16, 2014, if the motion is filed on June 16, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 30, 2014, if the response is filed on July 16, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after June 30, 2014, except with the express permission of the Honorable Todd J. Campbell.

There shall be no stay of discovery before the April 30, 2014, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

Except as amended herein, the orders entered September 3, 2013 (Docket Entry Nos. 17-18), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge