IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIM R. TRAMEL )
)
v. ) NO. 3-13-0658
) JUDGE CAMPBELL
RUTHERFORD COUNTY, et al. )

ORDER

Pending before the Court is Plaintiff's Objection to Late Filed Documents and Motion to Strike Defendants' Reply (Docket No. 49). The Motion is DENIED. Defendants' Reply was filed in a reasonable time, particularly given the three days added by Fed. R. Civ. P. 6(d). The Court finds no prejudice by the timing of Defendants' Reply.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE