IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIM R. TRAMEL            )
                         )
v.                       ) NO. 3-13-0658
                         ) JUDGE CAMPBELL
RUTHERFORD COUNTY, et al. )

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 39). For the reasons stated in the accompanying Memorandum, Defendants' Motion is DENIED.

This case remains set for a pretrial conference on October 20, 2014, and a jury trial on October 28, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE