IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JIM R. TRAMEL, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | No.:3:13CV658 |
| ) | JURY DEMAND |
| ) | |
| RUTHERFORD SHERIFF'S DEPARTMENT, ) | |
| ROBERT ARNOLD, RUTHERFORD COUNTY ) | |
| SHERIFF, and RUTHERFORD COUNTY, ) | |
| TENNESSEE, ) | |
| ) | |
|    Defendants. ) | |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties herein have reached an agreement with respect to this case and stipulated to the dismissal of the action with prejudice. Counsel for Plaintiff certifies there are not any known subrogation interests that exist. It therefore appears to the Court, as evidenced by signature below of counsel for the parties, that this action has been resolved, with no finding or admission of liability, and that the action between the parties should be dismissed with prejudice. Accordingly, for good cause shown, it is

**ORDERED** that this action is **DISMISSED** with prejudice.

Defendant will pay court costs.

**IT IS SO ORDERED.**

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE


AGREED AND APPROVED FOR ENTRY:

Cope, Hudson, Reed & McCreary, PLLC


By:/s/ Josh A. McCreary
    Josh A. McCreary, BPR#19498
    E. Evan Cope, BPR#21436
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN 37133
    (615) 893-5522
    jmccreary@mborolaw.com
    ecope@mborolaw.com


By: /s/ Terry A. Fann
    Terry A. Fann, BPR #12968
    Benjamin L. Parsley, III, BPR #26888
    Attorneys for Plaintiff
    WALDRON, FANN & PARSLEY
    202 W. Main Street
    Murfreesboro, TN 37130
    (615) 890-7365
    tfann@bellsouth.net
    bpars3@comcast.net

2

Case 3:13-cv-00658   Document 67   Filed 10/20/14   Page 2 of 3 PageID #: 1435

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Terry A. Fann
Benjamin L. Parsley, III
Waldron, Fann & Parsley
202 West Main Street
Murfreesboro, TN  37130

on this 20th day of October,  2014.

                                                    /s/ Josh A. McCreary
                                                    Josh A. McCreary

3

Case 3:13-cv-00658   Document 67   Filed 10/20/14   Page 3 of 3 PageID #: 1436